UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 2:16-CR-12
                                                       HON. Robert Holmes Bell

David William Sayles, Jr.,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 29, 2016, for an initial appearance and arraignment on the Indictment charging him with Domestic Assault - Habitual Offender. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney andmay request a detention hearing at a later date.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                            /s/ Timothy P. Greeley
                                                           TIMOTHY P. GREELEY
                                                           UNITED STATES MAGISTRATE JUDGE

Dated: 7/29/2016